

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------
UNITED STATES OF AMERICA,

    -vs-

Garfield Douglas &
Godfrey Martin,
              Defendants.

---------------------------------------------------

**ORDER**

CR-04-513(FB)

      HEREBY ORDERED that GREGORY WATTS & BARRY TURNER counsel for the defendants on trial be permitted to enter the building with a cell phone and keep it on their person.

SO ORDERED.



UNITED STATES DISTRICT JUDGE

DATED: Brooklyn, N.Y.
          July 11, 2005